# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMI AYALA, | ) |
| Plaintiff, | ) Case No. 2:11-cv-01147-KJD-PAL |
| vs. | ) |
| COLLEGE OF SOUTHERN NEVADA, | ) |
| Defendants. | ) |

On June 15, 2012, the Court entered an Order (#15) vacating the current scheduling order and staying discovery in this case pending decision on Defendant's Motion to Dismiss (#7), which raises issues of personal jurisdiction.  In light of this Order (#15) and the dispute concerning personal jurisdiction of the Defendant, the Court will vacate the Early Neutral Evaluation (ENE) set for June 25, 2012.  If the Court denies the Motion to Dismiss (#7) or Plaintiff properly serves the Defendant, the Court will reschedule the ENE to a time and date convenient for the Court and the parties. Accordingly,

**IT IS HEREBY ORDERED** that the ENE scheduled for June 25, 2012 is **vacated**.  Upon decision on the Motion to Dismiss (#7), the Court will reschedule the ENE as necessary.

DATED this 19th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge