# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TAMI AYALA,<br><br>    Plaintiff,<br><br>v.<br><br>COLLEGE OF SOUTHERN NEVADA,<br><br>    Defendant. | Case No. 2:11-CV-01147-KJD-PAL<br><br>**ORDER** |

Before the Court is Defendant College of Southern Nevada's Motion to Dismiss (#7). No opposition has been filed.

Defendant argues that Plaintiff has not properly served the complaint in compliance with Fed. R. Civ. P. 4(j)(2) which governs service upon a state government entity. Plaintiff has failed to file points and authorities in response to Defendant's Motion. District of Nevada Local Rule 7-2(d) states, in relevant part: "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." D. Nev. L.R. 7-2(d).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (#7) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

DATED this 4th day of September 2012.

_____
Kent J. Dawson
United States District Judge